# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jamie R. Banks,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                       1:05cv347

Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion to remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 18, 2006 Order.

                                             FRANK G. JOHNS, CLERK

April 19, 2006

                                   BY:    s/Joan Gosnell
                                                       Joan Gosnell, Deputy Clerk