IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV347

| | |
|---|---|
| JAMIE R. BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on motion of Plaintiff's counsel to withdraw the proposed order previously filed herein.

**IT IS, THEREFORE, ORDERED** that the motion of Plaintiff's counsel to withdraw the proposed order for attorney fees and costs is hereby **ALLOWED**.

Signed: May 18, 2006

Lacy H. Thornburg
United States District Judge