# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **JAMIE R. BANKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CIVIL NO. 1:05CV347** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## CONSENT ORDER

**THIS MATTER** is before the Court on Plaintiff's "Amended Petition For Payment of Attorney Fees and Costs," filed on May 24, 2006.

By Response, filed on May 30, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $827.30 ($577.30 in attorney fees and costs, and $250.00 in filing fees), provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d). Defendant further advises that Plaintiff's counsel consents.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Amended Petition For Payment of Attorney Fees And Costs" is **GRANTED**, and counsel for Plaintiff shall be paid **FIVE HUNDRED SEVENTY-SEVEN DOLLARS AND THIRTY CENTS ($577.30)** for attorney fees and **TWO HUNDRED FIFTY DOLLARS AND NO CENTS ($250.00)** for costs incurred in this matter.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. § 2412(d) may be filed.

2

Signed: June 12, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge